JOHN H. STRATTON V. STATE OF NEBRASKA.

FILED MAY 24, 1907. No. 14,864.

Statutes: PASSAGE: EVIDENCE. An enrolled bill found on file in the office of the secretary of state, bearing the signature of the legislative officers and approved by the governor, is *prima facie* evidence of its passage, and cannot be overthrown by the legislative journals, where they are silent on that matter. *Stetter v. State*, 77 Neb. 777.

ERROR to the district court for Cherry county: WIL-
LIAM H. WESTOVER, JUDGE.  *Affirmed.*

*A. M. Morrissey,* for plaintiff in error.

*W. T. Thompson,* Attorney General, and *Grant G.
Martin, contra.*

LETTON, J.

The defendant was charged in the district court for
Cherry county with the keeping of gaming devices unlaw-
fully, in violation of section 215 of the criminal code.
He demurred to the information on the ground of the un-
constitutionality of the law.  The demurrer being over-
ruled, he then entered a plea of guilty and filed a motion
for arrest of judgment on substantially the same grounds.
This motion was also overruled and sentence imposed,
and from the judgment of the district court he prose-
cutes error.

His argument is, in substance, that sections 214 and
215 of the criminal code as they now stand are invalid,
for the reason that they were not passed in accordance
with the constitutional requirements.  The same point was
urged in *Stetter v. State,* 77 Neb. 777, and was decided
adversely to his contention.  The facts upon which he
relies to substantiate his claim of the improper passage of
the act are that the references to senate file No. 98 which
are made in the legislative journals are not identical in
all respects when referring to the title of the act, and that
therefore the same act was not finally passed that was
introduced.  In some portions of the journal the act is
denominated: "Senate File No. 98.  A bill for an act to
amend sections 214 and 215 of the criminal code."  In
another portion the title appears as "Senate File No. 98.
A bill for an act to amend sections 214 and 215 of the
criminal code, and to provide for the recovery of money
or other property lost in gambling."  And in still another
place it appears as "Senate File No. 98.  A bill for an act

to amend sections 214 and 215 of the criminal code, and to provide for the recovery of money or other property lost in gambling, and to repeal said original sections," which is the full and proper title as appears in the enrolled act.

The enrolled bill, if in all respects in proper form, is *prima facie* evidence of its proper passage; but, if the legislative journals unequivocally contradict the evidence furnished by the enrolled bill, we have held that the evidence furnished by the journals will control. *Webster v. City of Hastings,* 59 Neb. 563. But, where the legislative journals are silent, this will not be taken as evidence that the constitutional requirements were not observed. *State v. Frank,* 60 Neb. 327. The references to senate file No. 98, made in the journals, were only made for the purpose of identification, and do not show affirmatively that the full title of the act as it now stands was not the same during the whole of its progress through the legislature. *Stetter v. State, supra.*

The rulings of the district court upon the motions were correct, and the judgment of the district court is

AFFIRMED.